**UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN**
**AMENDED CRIMINAL MINUTE SHEET**

| USA v. SRECKO DARNELL WALKER | | | **DISTRICT JUDGE:** Hala Y. Jarbou | |
|---|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-162-01 | 11/18/2024 | 9:05 AM – 10:36AM<br>10:50AM – 11:57 AM<br>1:06 PM – 3:10 PM<br>3:21 PM – 4:16 PM | Lansing | N/A |

| APPEARANCES | | |
|---|---|---|
| Government:<br>Austin Jacob Hakes, Stephanie M. Carowan | Defendant:<br>Scott Graham | Counsel Designation:<br>CJA Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment:<br>___mute ___nolo contendre<br>___not guilty ___guilty<br>☐ Final Pretrial Conference<br>☐ Detention (waived __)<br>☐ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☐ Change of Plea<br>☐ Sentencing<br>☒ Trial<br>☐ Other: _____ | ☐ Defendant's Rights<br>☐ Waiver of Indictment<br>☐ Other:<br>_____<br>_____<br><br>Court to Issue:<br>☐ Order of Detention<br>☐ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other:<br>_____ | Charging Document:<br>☐ Read  ☐ Reading Waived<br>Guilty Plea to Count(s)_____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>☐ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☐ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☐ No Written Plea Agreement |

| SENTENCING | |
|---|---|
| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>  Date: _____<br>  By: _____<br>  As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Jury trial – day 1: jury trial began; jury selection; jury sworn; preliminary instructions; opening statements by both parties; government's presentation of evidence began; jury trial continued to 11/19/2024 at 9:00 AM.

Minutes amended to individually list admitted exhibits.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|

| **Reporter/Recorder:** Trisha Cameron | **Deputy Clerk:** A. Seymore |
|---|---|

Criminal Minute Sheet Page 2 of 2
USA v.  **SRECKO WALKER**
Case No.: 1:22-cr-162-01
Date: 11/18/2024

**WITNESSES:**

| Govt | Deft | Name of Witness |
|:---:|:---:|---|
| X | | Rene Garza |
| X | | Mark Rossi |
| X | | Austin McKellar |
| X | | Kari Crawford |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|:---:|:---:|:---:|---|:---:|
| | | | Government's exhibits 1, 1a-1d, 2, 2a-2e, 6, 6a-6d, 6h, 6j, 8, 9, 11, 11a, 12, 12a, 13, 13a, 14, 14a, 15, 15a, 16, 17, 17a, 17d, 17f, 18, 19, 19a-19d, 20, 21, 21a-21b, 22, 23, 24, 24a, 24b, 24c, 24d, 24e, 24f, 24g, 24h, 24i, and 30-34 admitted by stipulation. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**